1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| IZEA REED, | ) Case No. 2:20-cv-01077-ODW-JC |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| | ) CONCLUSIONS, AND |
| STATE OF CALIFORNIA, | ) RECOMMENDATIONS OF |
| | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |
| Respondent. | ) |
| | ) |
| _____ | ) |

18
19
20
21
22
23

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ Habeas Corpus ("Petition"), the parties' submissions in connection with the Motion to Dismiss the Petition ("Motion"), and all of the records herein, including the September 1, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

24
25

IT IS ORDERED: (1) the Motion is granted; (2) the Petition and this action are dismissed without prejudice; and (3) Judgment be entered accordingly.

26  ///

27  ///

28  ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2    the Judgment herein on petitioner and counsel for respondent.

3

4    DATED:  _October 6, 2020

5

6

7    _____

8    HONORABLE OTIS D. WRIGHT, II
     UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28