UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZEA REED,<br><br>               Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>               Respondent.| Case No. 2:20-cv-01077-ODW-JC<br><br>JUDGMENT |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED:  _October 6, 2020

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE